FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 APR 30  PM 2: 35

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TIANRUI LIANG,

Defendant.

8:26CR80

INFORMATION

18 U.S.C. § 795

The United States Attorney charges:

## COUNT I

### Photographing Defense Installations

At all times relevant to this Information:

The United States Department of War operates and maintains certain military installations, fortifications, military equipment, and related defense facilities within the United States, its territories, and possessions, the security of which is vital to the national defense of the United States.

The Offutt Air Force Base ("AFB"), located in Bellevue, Nebraska, was a military installation, fortification, and military post subject to the protection of 18 U.S.C. § 795, by virtue of a proclamation by the President of the United States and/or designation by the Secretary of State.

On or about March 31, 2026, within the District of Nebraska, and elsewhere, the defendant TIANRUI LIANG, did knowingly and willfully make and attempt to make photographs and pictures of vital military installations and equipment, which were classified, designated, and marked under the authority and at the direction of the President as restricted, and which were located within a military reservation, base airfield, station and district, pursuant to Executive Order

1

No. 10104, as requiring protection against the general dissemination of information relative thereto; specifically, installations and equipment of the Offutt AFB, without having first obtained permission of the Commanding Officer of said installation or from an officer duly designated by such Commanding Officer to grant such permission, or from the Secretary of the military department having jurisdiction over said installation.

Specifically, Defendant used a camera to photograph military aircraft and structures without authorization from the Commanding Officer or other authorized official.

All in violation of Title 18, United States Code, Section 795.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:

MATT E. LIERMAN, #25191
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: matt.lierman@usdoj.govs/

s/ Donald J. Kleine
DONALD J. KLEINE, #22669
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: donald.kleine@usdoj.gov

2

s/ Brendan P. Geary
BRENDAN P. GEARY
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Suite 7700
Washington, DC 20530
Tel: (202) 307-1478
E-mail: brendan.geary@usdoj.gov

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MATT E. LIERMAN
Assistant U.S. Attorney

3